IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| RICHARD GARRIOTT, | § § | |
| Plaintiff, | § § | |
| | § | CIVIL ACTION NO. A-09-CA-357-SS |
| v. | § § | |
| NCSOFT CORPORATION, | § § | |
| Defendant. | § § § | |

## JOINT STIPULATION ON ATTORENYS FEES AND EXPENSES

Defendant NCsoft Corporation ("Defendant") and Plaintiff Richard Garriott, ("Plaintiff") (Defendant and Plaintiff shall be collectively referred to herein as the "Parties") hereby file this Joint Stipulation on Attorneys Fees and Expenses.

### I.    JOINT STIPULATION

The Parties, through their counsel of record, have agreed and hereby jointly stipulate to submit the issue of attorneys' fees and expenses to the Court for determination.  Proof of such fees and expenses may be made by affidavit and related records, and/or live testimony of a Party and/or the Party's counsel as directed or permitted by the Court, and the Court may take judicial notice of the usual, customary, and reasonable attorneys' fees and expenses and the contents of the case file.  Neither party shall offer expert testimony on the issue of attorneys' fees and expenses in the above-referenced matter.

### II.    CONCLUSION

The Parties hereby file this joint stipulation on the date set forth below for the Court's consideration.

**JOINT STIPULATION ON ATTORNEYS FEES AND EXPENSES**                                    **PAGE 1**

Dated: February 22, 2010.                    Respectfully submitted,


                                             WILSON SONSINI GOODRICH & ROSATI


                                        B By:    /s/: Jason M. Storck
                                             Laura M. Merritt
                                             Texas Bar No. 00791252
                                             Jason M. Storck
                                             Texas Bar No. 24037559
                                             Clayton Basser-Wall
                                             Texas Bar No. 24054189
                                             900 South Capital of Texas Highway
                                             Las Cimas IV, Fifth Floor
                                             Austin, Texas 78746-5546
                                             Telephone:  512.338.5400
                                             Facsimile:  512.338.5499

                                        **ATTORNEYS FOR DEFENDANT**


                                        FISH & RICHARDSON, P.C.


                                        By:    /s/: Kelly D. Hine
                                             Stephen E. Fox
                                             Texas Bar No. 07337260
                                             Kelly D. Hine
                                             Texas Bar No. 24002290
                                             1717 Main Street, Suite 500
                                             Dallas, Texas 75201
                                             Telephone:  214.747.5070
                                             Facsimile:  214.747.2091

                                             William Tommy Jacks
                                             Texas Bar No. 10452000
                                             One Congress Plaza, Suite 810
                                             111 Congress Avenue
                                             Austin, Texas 78701
                                             Telephone:  512.472.5070
                                             Facsimile: 512.320.8935

                                        **ATTORNEYS FOR PLAINTIFF**


**JOINT STIPULATION ON ATTORNEYS FEES AND EXPENSES**                    **PAGE 2**

**CERTIFICATE OF SERVICE**

By my signature below, I certify that on this 22nd day of February, 2010, in accordance with the Federal Rules of Civil Procedure, I electronically filed the foregoing Joint Stipulation on Attorneys Fees and Expenses with the Clerk of the Court using the CM/ECF system, which will send notice to counsel for Plaintiff, Stephen E. Fox and Kelly D. Hine, Fish & Richardson, P.C., 1717 Main Street, Suite 5000, Dallas, Texas 75201 and William Tommy Jacks, Fish & Richardson, P.C., One Congress Plaza, Suite 810, Austin, Texas 78701.

By: _____/s/: Jason M. Storck_____
Jason M. Storck