IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2010 FEB 26  AM 9: 56

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____

RICHARD GARRIOTT,
                    Plaintiff,

-vs-                                                        Case No.  A-09-CA-357-SS

NCSOFT CORPORATION,
                    Defendant.

## O R D E R

BE IT REMEMBERED that on this day the Court called the above-styled cause for a hearing

on all pending matters and the parties appeared through counsel.  The Court confirms its

announcements with the following written orders:

IT IS ORDERED that Defendant NCsoft Corporation's Motion for Protective Order

[#27] is OVERRULED.

IT IS FURTHER ORDERED that Plaintiff Richard Garriott is entitled to depose

Matthew Esber for a maximum of FORTY (40) minutes.  The deposition may only cover the

following subject matter: (1) Esber's conversations with Garriott; and (2) Esber's

involvement with resignation forms as they relate to other terminations or resignations.

SIGNED this the 25ᵗʰ day of February 2010.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE

F:\SPARKS\TEXT\cv09\357 deposition order.tb.frm