IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2010 APR 16  PM 4: 24

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY_____
         DEPUTY

RICHARD GARRIOTT,
                                    Plaintiff,

-vs-                                                                    Case No.  A-09-CA-357-SS

NCSOFT CORPORATION,
                                    Defendant.

_____

# O R D E R

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and specifically the defendant NCSoft's Corporation's Motion for Partial Summary Judgment [#52] filed April 12, 2010, and the plaintiff Garriott's Motion to Strike Summary Judgment Evidence and Objections of "Undisputed Material Facts" as well as his response to the motion, and thereafter, the Court enters the following:

IT IS ORDERED that the Motion for Partial Summary Judgment by NCSoft Corporation is OVERRULED without prejudice to the right of filing a Rule 50 motion timely after the presentation of the evidence by plaintiff Garriott.

On the issue of attorney's fees, under the local rules of this district any liability for attorney's fees and the amount of attorney's fees will be determined following the trial by the Court pursuant to the local rules. There is no requirement for any expert witness report or identification in advance of the trial. The Court refers counsel to the local rules of this district.

Regarding the allegations of fraud, fraudulent misrepresentation, and negligent misrepresentation, the record is not so clear that a judgment as a matter of law can be made based on the record as it presently exists and those determinations will be made pursuant to Rule 50 motions at the conclusion of the plaintiff Garriott's case in chief.

SIGNED this the _16th_ day of April 2010.

_____
UNITED STATES DISTRICT JUDGE