# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

| | | |
|---|---|---|
| Richard Garriott | § | |
| | § | CIVIL NO: |
| vs. | § | AU:09-CV-00357-SS |
| | § | |
| NCsoft Corporation | § | |

## ORDER SETTING ALL PENDING MATTERS

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **ALL PENDING MATTERS** in Courtroom 2, on the First Floor of the United States Courthouse, 200 West Eighth Street, Austin, TX, on **Tuesday, May 25, 2010 at 02:00 PM**.

IT IS SO ORDERED this 17th day of May, 2010.

_____
SAM SPARKS
UNITED STATES DISTRICT JUDGE