Filed  1-29-10

Clerk, U. S. District Court
Western District of Texas

By _____
                        Deputy

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS
### AUSTIN DIVISION

RICHARD GARRIOTT,

          **Plaintiff,**

-vs-                                                          Case No.  A-09-CA-357-SS

NCSOFT CORPORATION,

          **Defendant.**

_____

### VERDICT FORM

We, the jury, unanimously answer the following questions:

### Question One

Do you find, by a preponderance of the evidence, that NCsoft terminated Mr. Garriott's employment?

ANSWER "YES" OR "NO"  ___*YES*___

If you answer "Yes" to Question One, answer Question Two.

If you answer "No" to Question One, answer no further questions.

## Question Two

What sum of money, if any, if paid now in cash, would fairly and reasonably compensate Mr.

Garriott for his damages, if any, that resulted from NCsoft's breach of the Stock Options Agreement,

if any?

ANSWER IN DOLLARS AND CENTS, IF ANY: $ *28,000,000*

Answer no further questions.

This is our unanimous verdict.

Submitted the __29th__ day of July 2010, at 4:35 o'clock P. m.



PRESIDING JUROR

-2-